No. 99–5961. KNIGHTEN v. JOHN ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–5962. LONG v. KENTUCKY. C. A. 6th Cir. Certiorari denied.

No. 99–5963. MIKKILINENI v. CITY OF HOUSTON, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–5964. JOHNSON v. GIBSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–5967. KOEHLER v. KOEHLER. Ct. App. Ariz. Certiorari denied.

No. 99–5968. CARTWRIGHT v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–5969. CASTOR v. MODISETT, ATTORNEY GENERAL OF INDIANA, ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–5970. CRIOLLO v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5976. PARKER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 99–5977. POWELL v. CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–5979. ROSS v. BILOW ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–5980. CRUMP v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 99–5982. ROWE v. JOHNSON, SUPERINTENDENT, SANTA ROSA CORRECTIONAL INSTITUTION, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 99–5990. WALKER v. MITCHEM, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–5996. PHILLIPS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.